# Ademi & O'Reilly, LLP
## Attorneys at Law

Guri Ademi
Shpetim Ademi
Robert K. O'Reilly
John D. Blythin
Mark A. Eldridge
Jesse Fruchter
Ben J. Slatky

3620 East Layton Avenue
Cudahy, Wisconsin 53110

Telephone: (414) 482-8000
Facsimile: (414) 482-8001

December 5, 2017

<u>*Via ECF*</u>

Hon. Nancy Joseph
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

      Re:    *Bonin, et al., v. Northstar Location Services, LLC*
             *Case No. 17-cv-01094-NJ*

Dear Nancy Joseph:

      All parties in this action have reached a resolution of this action in principle. The parties are in the process of drafting and exchanging documents. The parties expect that a stipulation or unopposed motion of voluntary dismissal will be submitted to the Court shortly, and within 45 days.

      As such, Plaintiff respectfully requests that the Court not take any further action on this case. Plaintiff also suggests that the Court close this case administratively until a stipulation or unopposed motion of dismissal with prejudice is filed.

      Very truly yours,
      ADEMI & O'REILLY, LLP


/s/ Mark A. Eldridge
Mark A. Eldridge